# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUZZANE MURA,<br>    Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMAPNY,<br>    Defendant. | :<br>:<br>:<br>:  Civil No. 5:22-cv-02162-JMG<br>:<br>:<br>: |

## ORDER

**AND NOW**, this 12th day of July, 2022, after careful consideration of Defendant's Motion to Dismiss (ECF No. 7), Plaintiff's response thereto (ECF No. 8), and for the reasons provided in the accompanying Memorandum Opinion, it is **HEREBY ORDERED** as follows:

1. Defendant's Motion (ECF No. 7) is **GRANTED.**

2. Count II of Plaintiff's Complaint (ECF No. 1) is **DISMISSED without prejudice.**

3. Within twenty (20) days of the date of this Order, Plaintiff may, consistent with the Memorandum Opinion, file an amended complaint reasserting her claims with additional factual allegations to support Count II.  If Plaintiff fails to timely file an amended complaint, the case will proceed on Count I of the Complaint.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge